# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MICHAEL BULL and TAMMIE BULL**                    **PLAINTIFFS**

v.                                    **No. 4:17-cv-334-DPM**

**FREEDOM MORTGAGE CORPORATION
and LOANCARE LLC**                              **DEFENDANTS**

## ORDER

1.      Motion, № 22, granted.  Response to Freedom Mortgage's summary judgment motion, № 17, due by 15 January 2018.

2.      The Court appreciates the formal notice of Mr. Bull's death. The related motion to substitute, № 23, is denied without prejudice. The personal representative of Mr. Bull's estate is the proper party for substitution.  Please renew the motion on behalf of that person by 15 January 2018.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_1 December 2017_