IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL BULL and TAMMIE BULL                                PLAINTIFFS

v.                       No. 4:17-cv-334-DPM

FREEDOM MORTGAGE CORPORATION
and LOANCARE LLC                                            DEFENDANTS

## ORDER

Amended motion, № 29, granted. Tammie Bull, as personal representative of Mr. Bull's estate, is substituted for Mr. Bull as a plaintiff. The Court directs the Clerk to update the docket accordingly.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 December 2017