IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TAMMIE BULL, Individually and as Special
Administrator of the Estate of Michael Bull     PLAINTIFF/
COUNTER-DEFENDANT

v.     No. 4:17-cv-334-DPM

FREEDOM MORTGAGE
CORPORATION     DEFENDANT/
THIRD-PARTY PLAINTIFF/
COUNTER-CLAIMANT

LOANCARE LLC     DEFENDANT

SUTTER & GILLHAM PLLC     THIRD-PARTY DEFENDANT

## ORDER

The parties have informally advised the Court that Bull's motion to dismiss is unopposed. That motion, № 49, is granted. Freedom Mortgage's third-party claim against Sutter & Gillham PLLC is dismissed without prejudice. The lien was waived.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 July 2018