# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| **MICHAEL BULL and** § | |
| **TAMMIE BULL,** § | |
| § | |
| Plaintiffs, § | |
| v. § | **Case No.: 4:17-cv-334-DPM** |
| § | |
| **FREEDOM MORTGAGE** § | |
| **CORPORATION** § | |
| **AND LOANCARE, LLC,** § | |
| § | |
| Defendants. § | |

## FREEDOM MORTGAGE CORPORATION'S
## MOTION FOR SUMMARY JUDGMENT

**COMES NOW**, Freedom Mortgage Corporation ("Freedom"), and pursuant to Federal Rule of Civil Procedure 56, requests that this Court dismiss each count advanced against it by the plaintiff Tammie Bull, individually and as special administrator of the Estate of Michael Bull ("Plaintiff") and enter a decree of foreclosure in favor of Freedom because:

1. Freedom has clear standing to enforce the note and its attendant security interests by reason of possession of the original note that is indorsed in blank;

2. Plaintiff lacks standing to assert claims related to the assignment of mortgage because she is neither party to nor third party beneficiary of that document;

3. Plaintiffs' allegations do not otherwise provide a basis for a quiet title action and lack substantive merit.

4. In support of this motion, Freedom attaches **Exhibits 1-5.**

**WHEREFORE**, as fully set forth in Freedom's supporting brief, this Court should dismiss Plaintiff's Complaint with prejudice and enter a judgment and a decree of foreclosure.

/s/ *Blake B. Goodsell*
Blake B. Goodsell (Ark. Bar #2012226)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
bgoodsell@bradley.com
Telephone: (205) 521-8000
Facsimile:  (205) 521-8800
*and*
David Smith (pro hac vice pending)
BRADLEY ARANT BOULT CUMMINGS LLP
JP Morgan Chase Tower
600 Travis Street, Ste. 4800
Houston, Texas 77002
dsmith@bradley.com
Telephone: (346) 310-6200
Facsimile:   (346) 310-6100

*Attorneys for Freedom Mortgage Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Ogles
Ogles Law Firm, P.A.
200 S. Jeff Davis
P.O. Box 891
Jacksonville, Arkansas 72078
jogles@aol.com

Brien G. Saputo
Mackie Wolf Zientz & Mann, PC
124 W. Capitol Avenue, Ste. 1560
Little Rock, 72201
Telephone: (501) 429-4719
Facsimile: (501) 588-0070
bsaputo@mwzmlaw.com

                                             /s/ Blake B. Goodsell
                                             OF COUNSEL