# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL BULL and <br> TAMMIE BULL <br> <br> Plaintiffs, <br> v. <br> <br> FREEDOM MORTGAGE <br> CORPORATION <br> AND LOANCARE, LLC <br> <br> Defendants. | § <br> § <br> § <br> § <br> § Action No.:4:17-cv-334-DPM <br> § <br> § <br> § <br> § <br> § <br> § |

## FREEDOM MORTGAGE CORPORATION'S
## STATEMENT OF UNCONTESTED FACTS

**COMES NOW**, Freedom Mortgage Corporation ("Freedom"), and pursuant to Local Rule 56.1, contends that there is no genuine issue as to the following facts:

1. Michael Bull executed a $164,932.00 note on October 25, 2012 made in favor of CBC National Bank ("CBC"). (Ex. 3-A).

2. The note was secured by a recorded mortgage signed by Michael Bull and Tammie Bull that encumbers real property located at 800 Burgandy Court, Jacksonville, Arkansas 72076 (the "Property"). (Ex. 1).

3. The note is indorsed from CBC to Freedom and then indorsed in blank. (Ex. 3-A).

4. "Mortgage Electronic Registration Systems, Inc. as nominee for CMC National Bank …" ("MERS") executed an assignment of mortgage to Freedom on July 16, 2014. (Ex. 3-B).

5. Neither Michael Bull nor Tammie Bull is a party to the July 16, 2014 assignment of mortgage. (Ex. 3-B).

6. Servicing of the loan transferred from Loancare to Freedom on May 3, 2016 (Ex. 3-C).

7. Plaintiff began sending payments less than the statement amount in 2013. (Ex. 3-D; Ex. 4, pp. 41-42).

8. Plaintiff ceased making payments after September 2014. (*Id.*)

9. Freedom recorded a notice of default on February 8, 2017. (Ex. 3).

10. Freedom or its agents have made tax payments each year since the loan was originated according to the public records of Pulaski County, Arkansas. (Ex. 2).

11. Mr. Bull died intestate on October 2, 2017. (Doc. # 29).

12. Ms. Bull serves as his legal representative. (Doc. # 30).

/s/ *Blake B. Goodsell*
Blake B. Goodsell (Ark. Bar #2012226)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
bgoodsell@bradley.com
Telephone: (205) 521-8000
Facsimile:  (205) 521-8800
*and*
David Smith (pro hac vice)

        BRADLEY ARANT BOULT CUMMINGS LLP
        JP Morgan Chase Tower
        600 Travis Street, Ste. 4800
        Houston, Texas 77002
        dsmith@bradley.com
        Telephone: (346) 310-6200
        Facsimile:   (346) 310-6100

        *Attorneys for Freedom Mortgage Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2018, I served a copy of the foregoing through the Court's e-filing system to:

John Ogles
Ogles Law Firm, P.A.
200 S. Jeff Davis
P.O. Box 891
Jacksonville, Arkansas 72078

Brien G. Saputo
Mackie Wolf Zientz & Mann, PC
124 W. Capitol Avenue, Ste. 1560
Little Rock, 72201
Telephone: (501) 429-4719
Facsimile: (501) 588-0070

                                                                     /s/ *Blake B. Goodsell*
                                                                     OF COUNSEL