# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**TAMMIE BULL, Individually and as Special Administrator of the Estate of Michael Bull**  PLAINTIFF/ COUNTER-DEFENDANT

v.  No. 4:17-cv-334-DPM

**FREEDOM MORTGAGE CORPORATION**  DEFENDANT/ THIRD-PARTY PLAINTIFF/ COUNTER-CLAIMANT

**LOANCARE LLC**  DEFENDANT

**SUTTER & GILLHAM PLLC**  THIRD-PARTY DEFENDANT

## JUDGMENT

1. Bull's TILA and RESPA claims against Freedom are dismissed without prejudice.

2. Freedom's third-party claim against Sutter & Gillham is dismissed without prejudice.

3. All other claims are dismissed with prejudice.

4. The Court retains jurisdiction until 22 March 2019 to enforce the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 February 2019